THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED 
 ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
 In The Court of Appeals
 
 
 
 
 In The Interest of: Coby P., a minor under the age of seventeen, Appellant. 
 
 
 
 

Appeal From Greenville County
  R. Kinard Johnson, Jr., Family Court Judge

Unpublished Opinion No. 2004-UP-440
 Submitted July 7, 2004  Filed August 23, 2004

APPEAL DISMISSED

 
 
 
 
 Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, for 
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General 
 John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Robert M. Ariail, of Greenville, for 
 Respondent.
 
 
 

PER CURIAM:  Coby P. appeals his conviction 
 for second-degree criminal sexual conduct with a minor.  He maintains the family 
 court should have granted a new trial based upon the purported insufficiency 
 of the evidence.  After a thorough review of the record and counsels brief 
 pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. 
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 [1] Coby P.s appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., HUFF and KITTREDGE, JJ., concur.

 
 
 [1]        We decide this case without oral argument pursuant to Rule 
 215, SCACR.